IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV233

|  |  |  |
|---|---|---|
| IRWIN INDUSTRIAL TOOL COMPANY, | ) | |
| | ) | ORDER GRANTING |
| Plaintiff, | ) | MOTION FOR ADMISSION |
| | ) | PRO HAC VICE |
| v. | ) | |
| | ) | |
| TOKAI CORP. and SCRIPTO-TOKAI, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court upon the motion of Plaintiff Irwin Industrial Tool Company to allow **Stacie R. Hartman** to appear *Pro Hac Vice*, filed May 19, 2006 [doc. #7].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. Hartman has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: May 30, 2006

Graham C. Mullen
United States District Judge