IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV233

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TOKAI CORP. and SCRIPTO-TOKAI, INC., ) <br> ) <br> Defendants. ) <br> ) | **ORDER GRANTING** <br> **PRO HAC VICE ADMISSION** |

**THIS MATTER** is before the Court upon the motion of defendants Tokai Corporation and Scripto-Tokai, Inc. to allow **R. Joseph Trojan** to appear *Pro Hac Vice*, filed July 10, 2006 [doc. #13].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Trojann has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: July 14, 2006

Graham C. Mullen
United States District Judge