IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 233**

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL CO., | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| TOKAI CORP. and SCRIPTO-TOKAI, INC., | ) |
| Defendants. | ) |

This matter is before the court on its own motion. A Certification and Report of Initial Attorneys' Conference has been filed in this case. Prior to entering the Pre-Trial Order, a status conference will be held in Chambers. The parties are directed to appear for this conference on **Thursday, November 9, 2006 at 11:00 a.m.**

It is so ordered.

Signed: October 20, 2006

Graham C. Mullen
United States District Judge